STATE OF MAINE
KENNEBEC, SS

Federal National Mortgage Association

      Plaintiff

vs.

Downeast Mortgage Corporation

      Defendant

Mortgage Electronic Registration
Systems, Inc. as nominee for Downeast
Mortgage Corporation

Sammi Jo MacFarland
      Parties-In-Interest

SUPERIOR COURT
LOCATION: AUGUSTA
DOCKET NO. CV-16-97

ORDER

TITLE TO REAL ESTATE IS INVOLVED

MORTGAGED PREMISES:
159 Erskine Road
Windsor, ME 04363
Book 9356, Page 135



    This matter is before the Court on Plaintiff's Partially Consented Motion for Default Judgment and Judgment on the Pleadings. The Court specifically finds that there is justiciable controversy and that declaratory relief is appropriate to remove the uncertainty in the chain of title to the mortgage, as raised by the *Greenleaf* decision, regarding assignments of mortgages for nominees. *Bank of America, N.A. v. Greenleaf*, 2014 ME 89 (Me. 2014). As holder of the promissory note, Plaintiff is entitled to bring this action to confirm its rights in the subject mortgage. This is consistent with well settled precedent discussing Maine mortgage title theory. *See Jordan v. Cheney*, 74 Me. 359 (1883).

    Having considered the pleadings, this Court finds that after service in compliance with Maine Rules of Civil Procedure, the Defendant, Downeast Mortgage Corporation, has not answered or otherwise appeared in this matter; the Party-In-Interest Sammi MacFarland;, has not answered or otherwise appeared in this matter; and the Party-In-Interest Mortgage Electronic Registration Systems, Inc., through its attorney, Paul D. Weinstein, Esq., has answered and appeared in this matter and consents to the bringing and granting of this motion

    Accordingly, for good cause shown, it is hereby ORDERED that;

    Plaintiff is GRANTED default judgment in this matter; and

    This Court ORDERS, confirms and ratifies, *nunc pro tunc*, the transfer of the mortgage, dated May 14, 2007, and recorded in the Kennebec Registry of Deeds in Book 9356, Page 135, as evidenced by the assignment to SunTrust Mortgage, Inc. recorded in the Kennebec County Registry of Deeds in Book 10766, Page 241; the corrective assignment to SunTrust Mortgage, Inc. recorded in Book 10799, Page 0166; to Federal National Mortgage Association recorded in the Kennebec County Registry of Deeds in Book 11550, Page 0069; and all the rights contained therein, including

EXHIBIT H

ownership, to Federal National Mortgage Association; and

The Court also enters in rem permanent injunction relief concerning the subject property mortgage recorded on May 21, 2007. The Court finds the Plaintiff is the owner and holder of both the subject Note and Mortgage Deed, *nunc pro tunc* as of the date of the Mortgage Assignment to the Plaintiff, October 24, 2013.

2-24-2017

_____
Justice, Superior Court

A true copy
ATTEST: 5/4/17

Michele Lumbert
Clerk of Courts

(SEAL)