Record and Return to:
Doonan, Graves & Longoria, LLC
Attn: Matthew N. Kelly
100 Cummings Center
Suite 303C
Beverly, MA 01915

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, MTGLQ Investors, L.P., whose address is 200 West Street, New York, NY 10282 ("ASSIGNOR"), hereby sells, assigns, and transfers to Federal National Mortgage Association, whose address is 3900 Wisconsin Avenue, NW, Washington, D.C. 20016, ("ASSIGNEE"), the Assignor's interest in a certain note; and mortgage to Mortgage Electronic Registration Systems, Inc. as nominee for Downeast Mortgage Corporation made by Sammi Jo Macfarland has been given to secure payment of the sum of $216,000.00 and interest, dated May, 14 200, in Kennebec Registry of Deeds in Book 9356, Page 0135, describing land therein as:

159 Erskine Road, Windsor, ME 04363

Dated: 8/18/23

MTGLQ Investors, L.P., by NewRez LLC, f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing, its Attorney-in-Fact, Assignor

By: Caitlin Nicole Cutler
Its: Foreclosure Supervisor

### CORPORATE ACKNOWLEDGMENT

State of    Arizona    )
County of   Maricopa   ) ss.

On the 18 day of August in the year 2023 before me, the undersigned, personally appeared Caitlin Nicole Cutler, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned.

I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing paragraph is true and correct.

CHRISTY NASH
Notary Public  Arizona
Maricopa County
Commission # 644456
My Comm. Expires Apr 10, 2027

Notary Public  Christy Nash
My commission expires: 4/10/27

**EXHIBIT L**