

# Doonan, Graves & Longoria LLC

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C  
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM  
HRS: MON-FRI 9 AM-4 PM

December 8, 2023

VIA CERTIFICATE OF MAILING  
AND REGULAR MAIL

Sammi Jo MacFarland  
159 Erskine Road  
Windsor, ME 04363

**Certified Article Number**  
9414 7266 9904 2212 7584 22  
**SENDER'S RECORD**

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:   Property Address:      159 Erskine Road, Windsor, ME 04363  
        Loan Number:

        Due for September 1, 2012

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Nationstar Mortgage LLC, the Mortgagee, Federal National Mortgage Association and the Owner/Investor, Federal National Mortgage Association pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc. as nominee for Downeast Mortgage Corporation its successors and assigns (if MERs) dated May 14, 2007 and recorded in the Kennebec County Registry of Deeds in Book 9356, Page 0135. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

EXHIBIT M

| | |
|---|---|
| Past Due Principal and Interest | $89,789.08 |
| Past Taxes and Insurance | $59,000.84 |
| **TOTAL TO CURE DEFAULT:** | $148,789.92 |

A portion of the amount due is reasonable interest in the amount of $62,609.45.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $148,789.92 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Nationstar Mortgage LLC, Payment Processing, 8950 Cypress Waters Boulevard, Coppell, TX 75019. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Nationstar Mortgage LLC at 888-480-2432 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Federal National Mortgage Association, the mortgage servicer, which is Nationstar Mortgage LLC or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal National Mortgage Association is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:

http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

   To reach people having authority to modify your mortgage loan, please contact Nationstar Mortgage LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Nationstar Mortgage LLC
Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

                Very truly yours,
                Nationstar Mortgage LLC
                Federal National Mortgage Association
                by its attorney

                Reneau J. Longoria, Esq.

CB
cc: Client
  Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

28000.25

## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone / Toll-Free / Fax Number / Email / Website / Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone / Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | Phone: 207-553-7777<br>Web: www.avestahousing.org | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | Phone: 800-873-2227<br>Web: | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | Phone: 800-542-8227<br>Web: www.kvcap.org | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

We believe the housing counselor for your area is Heather Massow  Hmassow@penquis.org  - phone number: 207-974-2403.

# mr. cooper
**RETURN SERVICE ONLY**
**PLEASE DO NOT SEND MAIL TO THIS ADDRESS**
PO Box 619060
5801 Postal Road
Cleveland, OH 44181

CHANGING THE FACE OF HOME LOANS

## QUOTE INFORMATION

| | |
|---|---|
| Statement Date: | 11/30/23 |
| Payoff Good Through Date: | 12/8/23 |
| Loan Number: | |
| Property Address: | 159 ERSKINE RD WINDSOR, ME 04363 |
| Customer Fax: | 9789214870 |

SAMMI MACFARLAND
159 ERSKINE RD
WINDSOR, ME 04363

## PAYOFF BREAKDOWN

| | |
|---|---|
| Current Unpaid Principal Balance: | $189,905.21 |
| Non-Interest Bearing Principal Balance: | $45,500.00 |
| Interest - from 9/1/12 to 12/8/23 | $62,765.53 |
| Lender Paid Expenses | $11,241.99 |
| Escrow Advances | $55,316.94 |
| County Recording Fee | $22.00 |
| **TOTAL PAYOFF AMOUNT** | **$364,751.67** |
| | GOOD THROUGH 12/8/23 |

## INTEREST

| | |
|---|---|
| Annual Interest Rate | 2.000% |
| Interest Calculated From | 9/1/12 - 12/8/23 |
| Daily Interest Amount* | $19.51 |

**\* HOW IS THIS CALCULATED?**
Your interest has been calculated using daily interest. This means that interest is only charged through the loan payoff date, as long as we receive your payment on time.

**DAILY INTEREST CALCULATION:**
Current Unpaid Principal Balance X Interest Rate / 365 = Daily Interest.

\*Funds received after 12/8/23 or funds that cannot be posted due to missing or incorrect information will require an additional $19.51 of interest per day.

## ESCROW

We will continue to make escrow disbursements until receipt of the payoff funds. The disbursements listed below may occur up to 30 days prior to the due date. You must increase the payoff amount to include any escrow deficiency caused by a disbursement made prior to our receipt of the payoff funds.

| | DUE DATE | AMOUNT |
|---|---|---|
| HAZARD SFR | 3/15/24 | $3,812.00 |
| TOWN TAX | 3/30/24 | $1,617.48 |

## PAYMENT INSTRUCTIONS
Payoff funds must be remitted via certified funds (wire transfer or cashier's check only).

**WIRE TRANSFER**
Beneficiary Name:
Account #:
ABA/Routing NUMBER:
Bank Name:
Bank Address:

**CASHIER'S CHECKS**
Make payable to Mr. Cooper and mail to:
Mr. Cooper
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067
\*Customer Name, Loan Number, and Property Address should be provided on all cashier's checks and correspondence

**CUSTOMER SERVICE**
888-480-2432
www.mrcooper.com

Monday - Thursday 7 a.m. to 8 p.m. (CT)
Friday 7 a.m. to 7 p.m. (CT)
Saturday 8 a.m. to 12 p.m. (CT)

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose for lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or as an attempt to revive personal liability.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



27960770     2-7



## FREQUENTLY ASKED QUESTIONS

#### How is my daily interest calculated?

Here's how we get there: We multiply your unpaid principal balance with your interest rate. This is the interest for your unpaid principal. Then we divide this by 365 days to get your daily interest rate.

#### Should I continue to make my scheduled payments?

Yes, continue to make your scheduled payments. If your payoff payment is received after your payoff date and a payment has not been made, then a late charge may be assessed and added to the payoff amount due. So, please don't stop payment prior to your payoff closing date. Note that if any payment previously made to this account is returned for any reason, the payoff amount will be insufficient.

#### Which form of payment can I use for my payoff?



We only accept cashier's check or wire transfers for payoff payments.

Forms of payment that we cannot accept include personal checks, third party checks, attorney/trustee checks, money orders, ACH/ARC entries, direct deposit, internal bank-to-bank transfers, or others. Delays can occur when incorrect forms of payment are received. Please note that additional fees, costs, disbursements, and interest may continue to accrue on the loan until the acceptable payoff funds are received to satisfy the mortgage payoff.

#### When will my payoff post?

Funds must be received by 5 p.m. (CT) for same day processing. Funds received after 5 p.m. (CT) will be posted the following business day.

#### What if I have set up AutoPay or online bill pay with my bank?

If you are on AutoPay, it will automatically be cancelled when payoff funds are received.

If you use online bill pay through your bank, please ensure that you discontinue automatic payment services prior to the date of payoff and at least 3 business days prior to your draft date in an effort to avoid any unnecessary withdrawals against your bank account.

#### What happens if I send in the wrong payoff amount?

It's important that you pay the amount that is stated on your payoff quote. If your payment is short and you have an escrow account that will cover the difference, then we will apply those funds toward the payoff. If you don't have an escrow account or the escrow balance is not enough, we will attempt to contact the sender of the funds to satisfy the payoff. Please note, if this falls after the payoff date deadline or we cannot contact the sender, then the total amount paid will be returned to the sender.

In the event of any overages, you will automatically receive a check for those differences once the account has been balanced out.

#### Do you continue to make escrow payments on my behalf?

Yes, we will continue to make disbursements of all escrow items (hazard, flood, PMI/MIP, taxes, etc.) up to the date of payoff. These may be paid up to 30 days in advance of the due date. Please note that it is the responsibility of the loan holder(s) and their closing agent to obtain a refund should a double payment occur.

#### If I move, do you need my updated address?

Yes, we will need your new address in order to send you year-end statements, any applicable refunds, and other documents pertaining to your loan and payoff.

#### What if I'm in foreclosure?

This payoff quote is good through the date listed on the front page. However, if you are in default and a foreclosure sale is scheduled prior to the expiration of the good through date, you MUST contact us prior to the foreclosure sale for an updated and accurate payoff amount. Payoff funds should be overnighted and received by us at least 24 hours prior to the sale date to ensure that the foreclosure is cancelled.

Because any pending foreclosure action will not be delayed or dismissed until payoff funds are received, additional fees and costs may be incurred prior to the expiration of this quote, so the total amount due may increase. Therefore, for informational purposes only, we are providing an estimate of fees and costs that may become due and owing between the date of this quote and its good through date. Should any estimated fee and/or cost become due during this period, the total amount necessary to pay off your loan, as shown in the Payoff Quote, will increase. As of the date of this quote, no estimated fees and costs have been included in the amount required to pay off your loan noted as the "Total Payoff Amount." This estimate is being provided solely as a courtesy and no portion thereof will be collected, unless and until a fee or cost is actually billed and/or incurred. If any estimated fee and/or cost is actually incurred and/or billed before the expiration of this quote, a new payoff quote will be sent to you.

#### How will I know that the payoff is complete and final?

Upon processing of the payment in full, we will forward the necessary documents to the Trustee and/or County Recorder's Office to release our lien, as specified by State guidelines. When applicable, any overpayment or remaining escrow funds will be disbursed no more than 20 business days after the payoff has occurred and we will send them to you via check.

All payoff figures are subject to final verification of the mortgage lender. We may adjust any portion of this payoff statement, at any time, for the following reasons, including, but not limited to, escrow disbursements made on behalf of the loan holder(s), fee advances, items returned by your financial institution, including previously made payments, additional fees or charges, and any good faith and/or inadvertent clerical errors.



# UNITED STATES POSTAL SERVICE®

## Certificate Of Mailing

To pay fee, affix stamps or meter postage here



This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

Sammi Jo MacFarland

159 Erskine Road

Windsor, ME  04363

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065



| | |
|---|---|
| **From:** | Nobody |
| **To:** | Courtney Ball |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Monday, December 11, 2023 3:06:19 PM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice: Doonan, Graves and Longoria LLC
Owner of the mortgage: Federal National Mortgage Association
What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC
Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
888-480-2432


-----

Consumer Information

-----

Consumer First name:Sammi Jo
Consumer Middle Initial/Middle Name: L
Consumer Last name:MacFarland
Consumer Suffix:
Property Address line 1:159 Erskine Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:Windsor
Property Address State:
Property Address zip code:04363
Property Address County:Kennebec

-----

Notification Details

-----

Date notice was mailed:12/9/2023
Amount needed to cure default:148789.92
Consumer Address line 1:159 Erskine Road
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Windsor
Consumer Address State:ME
Consumer Address zip code:04363
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.